IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**LITTLE TYKES LEARNING ACADEMY, et al.,**

    Plaintiffs,

v.                                          No. 05-2597 JPM/tmp

**INSOUTH BANK, et al.,**

    Defendants.

---

## JUDGMENT

---

**JUDGMENT BY COURT.**  This action having come before the Court,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Plaintiffs' Motion for Voluntary Dismissal of Claims and Parties Pursuant to Rule 41 of the FRCP; Order Granting Insouth's Motion to Dismiss and Motion for Summary Judgment; Order Denying as Moot Hirsch's Motion to Dismiss and Motion for Summary Judgment, entered June 14, 2007, this case is DISMISSED with prejudice.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT

June 14, 2007
Date